# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS J. KELLY, III,** <br>         **Plaintiff,** <br><br> v. <br><br> **VERTIKAL PRESS, LTD,** <br>         **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO.  20-2315** |

## O R D E R

    **AND NOW**, this 2nd day of November, 2020, in consideration of Plaintiff Thomas J. Kelly's Motion for Entry of Default Judgment (ECF No. 10), **IT IS ORDERD** that the case is **DISMISSED** for lack of jurisdiction and the Clerk of Court shall mark it **CLOSED**.

                                               **BY THE COURT:**

                                               /s/Wendy Beetlestone, J.

                                               _____

                                             **WENDY BEETLESTONE, J.**